FILED

FEB X 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Febronio Mendoza,

    Defendant(s).

No.: CR-01-459 JW

## CJA CONTRIBUTION ORDER

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

✓ IT IS HEREBY ORDERED THAT:

✓ The defendant is liable for a contribution of $ 100.00 per month, until the case is concluded or until further order of Court, commencing:

____ That certain date of __1st of February__ and the same day each month thereafter;

____ The first day of __February__ and the first day of each month thereafter.

____ Other: _____

____ The defendant is liable for a one-time contribution of $_____, due by:

____ That certain date of _____;

____ Other: _____

Dated: 2-1-12

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Distribution:

AUSA, Defense Counsel, AFPD, Probation, Finance Office, Case File