IT IS SO ORDERED

*Judge James Ware*

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-00459-1 JW |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS HEARING ON SUPERVISED RELEASE VIOLATION PETITION |
| v. ) | |
| FEBRONIO MENDOZA, ) | |
| Defendant. ) | |

    Plaintiff United States of America, by and through its attorney of record, and defendant Febronio Mendoza ("defendant"), by and through his attorney of record, hereby stipulate as follows:

    1.    The above-captioned matter is currently scheduled for a status hearing on June 18, 2012 at 1:30 p.m. regarding a petition filed by the Office of Probation alleging that defendant violated the terms of his supervised release by committing another federal, state or local crime. The underlying facts of the supervised release violation petition also serve as the basis for a pending state trial in San Mateo County. That trial was scheduled to commence on June 4, 2012, but has been continued to July 9, 2012. The parties agree that it would be logical and efficient for

Stipulation and Order
*U.S. v. Febronio Mendoza*,
CR 01-00459-1 JW

the federal case to trail the state case, and therefore request that the status hearing, currently scheduled before this Court on June 18, 2012, be continued to July 23, 2012 at 1:30 p.m. In addition, AUSA Deborah Douglas is not available on June 18, 2012. The attorneys for the parties, as well as Probation Officer Jennifer Hutchings, are all available on July 23, 2012. Defendant is on release status.

Dated: June 4, 2012                     Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney

Dated: June 4, 2012                     _____/s/_____
                                        GEOFFREY HANSEN
                                        Assistant Federal Public Defender
                                        Attorney for Defendant Febronio Mendoza

### ORDER

GOOD CAUSE APPEARING, and based upon the parties' stipulation, IT IS HEREBY ORDERED that the status hearing, currently scheduled for June 18, 2012 at 1:30 p.m., shall be continued to June 25 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 5, 2012                     _____
                                        HONORABLE JAMES WARE
                                        CHIEF UNITED STATES DISTRICT JUDGE